```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP SULLIVAN JR., *on behalf of himself and all others similarly situated*,

          Plaintiff,

-against-

COZI INC.,

          Defendant.

Case No.: 18-cv-5630

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, COZI INC., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Sarah Lightdale, Esq.
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: (212) 479-6374
slightdale@cooley.com

Date: 3/12/19

For the Plaintiff:

By: /s/ C.K. Lee
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: March 12, 2019

SO ORDERED.

Dated: March 13, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge